DONALD W. UTZ *v.* WARDEN, CONNECTICUT
CORRECTIONAL INSTITUTION, SOMERS

The plaintiff's petition for certification for appeal from the Appellate Court is dismissed.

*Donald W. Utz,* pro se, in support of the petition.

Decided May 24, 1988

REED PATTERSON *v.* SZABO FOOD SERVICE
OF NEW YORK, INC.

The plaintiffs' petition for certification for appeal from the Appellate Court, 14 Conn. App. 178, is denied.

*Jeremy G. Zimmermann,* in support of the petition.

*Eugene A. Cooney,* in opposition.

Decided May 24, 1988

STATE OF CONNECTICUT *v.* JAMES LEONARD

The defendant's petition for certification for appeal from the Appellate Court, 14 Conn. App. 134, is granted, limited to the issue: "Did the Appellate Court err in sustaining the conclusion of the trial court at the hearing on the motion to suppress that there was sufficient evidence of probable cause under our federal and state constitutions to justify the police in making a warrantless search of the vehicle in which the defendant was a passenger and in arresting him as a result of that search?"

*William T. Gerace,* in support of the petition.

*Harry Weller,* deputy assistant state's attorney, in opposition.

Decided May 24, 1988